# EXHIBIT A

**General Waiver and Release**







EMPOWER CLINIC SERVICES, LLC						EMPLOYEE

Name: _SX: Shaun Noorian_					_Matt R. ____
Title: _CEO_								Matthew Ludowig

3