# EXHIBIT B

# Texas Lawyer



Credit: Tashatuvango/Shutterstock.com

# General Counsel Accused of Destroying Evidence

A Houston-based pharmacy is accusing its former general counsel of destroying evidence in furtherance of a conspiracy to steal trade secrets. The lawyer

allegedly drilled holes in his Seagate external drive and discarded the remains.

January 31, 2025 at 01:33 PM

🕐 3 minute read

Trade Secrets

 By Adolfo Pesquera

## What You Need to Know

- A Houston pharmacy is seeking sanctions against a competitor, alleging they destroyed evidence.
- The plaintiff alleges its former general counsel played a key role in the spoliation of evidence sought in discovery.

A Houston-based advanced compounding pharmacy is asking a federal court to sanction its former general counsel and others for allegedly destroying evidence in a trade secrets lawsuit.

Empower Pharmacy has been in litigation with Bio Filling Solutions Inc., an affiliated company and their officers since October 2023 in the Southern District of Texas.

Empower filed suit alleging several executives in the company, as well as Empower's general counsel, stole trade secrets to launch a competing company.

On Thursday, Empower's counsel, Michael H. Bernick of Jackson Walker, filed <u>a motion for spoliation and discovery sanctions</u>.

The plaintiff motion alleges Matthew Ludowig, in-house counsel to Empower at the time, would meet in secret in the summer of 2023 with several of his colleagues in the company and two Empower contractors to develop a competing business.

To allegedly cover their tracks, Ludowig and the others deleted electronic files and destroyed computer equipment, the filing claims. Ludowig is alleged to have deleted emails and to have drilled holes in his Seagate external drive and discarded the remains.

"Ludowig's spoliation cuts to the very heart of this trade secrets case," the motion alleges. "Ludowig, a self-proclaimed seasoned litigator with over 10 years experience, repeatedly destroyed crucial evidence while he was aware of the importance of the evidence to imminent, and active, litigation."

Empower makes three requests in its motion:

1. Ludowig's deletion of emails be remedied with an adverse jury instruction.
2. Ludowig's destruction of his hard drive be remedied by permitting the jury to consider the evidence of Ludowig destroying the hard drive; with an adverse jury instruction, and/or with shifting the burden of proof to Ludowig to prove related to his possession and use of Empower's information.
3. Ludowig's spoliation and sanctionable conduct and the discovery failures of the four other individual defenands be remedied by awarding Empower in the amount of $265,942 for computer forensic expenses and attorney fees incurred.

# Defense

Ludowig and the co-defendants are represented by Houston attorney Anthony L. Laporte, who did not respond to a request for comment.

Ludowig, a former Bexar County prosecutor, could not be reached for comment. He currently is chief legal officer at ReviveRX. He is also a U.S. Air Force Reserves judge advocate.

Laporte's answer for the defense on the amended complaint argues the plaintiff suffered no damages, but if so the defendants' acts were not the cause.

The defendants also argue non-compete and non-solicitation clauses raised against two defendants were unenforceable.

They also contend Empower is not entitled to recover on its claims under the Defend Trade Secrets Act and the Texas Uniform Trade Secrets Act, as the information at issue is not considered a trade secret.

NOT FOR REPRINT

© 2025 ALM Global, LLC, All Rights Reserved. Request academic re-use from www.copyright.com. All other uses, submit a request to asset-and-logo-licensing@alm.com. For more information visit Asset & Logo Licensing.

## You Might Like

