IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Empower Clinic Services, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> Bio filing Solutions Inc. f/k/a Bio42 Clinical Filing Solutions, Inc., Hanson Irwin Group LLC, David Teer, Lisa Hudanich, Matthew Ludowig, Marc Hanson, Jerry Irwin, and Michael Lambert, <br><br> Defendants. | Case No. 4:23-cv-4123 |

## **ORDER**

Pending before the Court is Defendant Matthew Ludowig Motion for Leave to File Amended Answer to the Second Amended Complaint, Affirmative Defenses with Counterclaim (the "Motion") filed by Defendant Matthew Ludowig. After consideration of the Motion, the Court has decided the Motion is GRANTED. It is therefore,

ORDERED that Defendant Matthew Ludowig may amend his Answer by _____, 2025, in response to Plaintiff's Second Amended Complaint and that such filing shall be deemed proper and timely filed for all purposes.

Signed this \_\_\_ day of _____, 2025.

_____
The Honorable Aldred H. Bennett
United States District Judge

**Prepared by and entry requested by:**

**KABAT CHAPMAN & OZMER LLP**

*/s/ Aaron A. Wagner*
Aaron A. Wagner
Texas Bar No. 24037655
S.D. Texas Bar No. 3813191
KABAT CHAPMAN & OZMER, LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel: (404) 370-7300
Fax: (404) 400-7333
Email: awagner@kcozlaw.com

*Attorney for Defendant,*
*Matthew Ludowig*