United States District Court
Southern District of Texas
**ENTERED**
April 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Empower Clinic Services, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> Bio filing Solutions Inc. f/k/a Bio42 Clinical Filing Solutions, Inc., Hanson Irwin Group LLC, David Teer, Lisa Hudanich, Matthew Ludowig, Marc Hanson, Jerry Irwin, and Michael Lambert, <br><br> Defendants. | Case No. 4:23-cv-4123 |

### ORDER

Pending before the Court is Defendant Matthew Ludowig's Unopposed Motion to Temporarily Seal its Motion for Summary Judgement (the "Motion") filed by Defendant Matthew Ludowig. After consideration of the Motion, the Court has decided the Motion is GRANTED. The clerk of court is directed to keep the Motion and its exhibits under seal for a period of fourteen (14) days from the date of this Order.

Signed this ___ day of APR 28 2025.

_____
The Honorable Aldred H. Bennett
United States District Judge

1