# EXHIBIT 2

# Kathrin Bishop

| | |
|---|---|
| **From:** | Aaron Wagner |
| **Sent:** | Monday, April 21, 2025 6:10 PM |
| **To:** | Bernick, Mike; Huguenard, Harris |
| **Cc:** | Ben Herbert; Robbie Wright; Dori Butler; Kathrin Bishop; C. Celeste Creswell |
| **Subject:** | Empower v. Ludowig - Meet and Confer 4-21-25 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Mike and Harris,

Great speaking with you guys today. Please accept the below as confirmation of a few things we discussed on our meet-and-confer today.

1. Regarding Interrogatories 5 and 6, you agreed to confirm with Empower that they have identified all responsive entities and get back to us re: the same.
   - Specifically, we discussed your objections to the scope of ROGG 5, and we provided a look back date to January 1, 2020 and also clarified that we were not only ask you to identify lawsuits "filed by" Empower, but to also include any which have been filed against Empower.
   - With respect to ROGG 6, we clarified for you that the ROGG asks Empower to include all persons who have been served with a Cease and Desist, as those persons would be included within former employees against which Empower would have a claim or be in negotiations with regarding the substance of the ROGG.
   - Please confer with your client and update appropriately or indicate that you have provided complete response to both ROGGs.

2. Although you produced over 8,000 pages of documents on Friday and still have at least three depositions to take (Libby Baney, Hanson Irwin Group, and iBio Filling), Empower still does not agree to continue discovery.

3. You confirmed that you will not be producing any more documents or interrogatory responses—neither in response to the written RFPs we sent on April 4, 2025 nor regarding the items we listed in our April 17, 2025 letter. That is, you plan to only send objections to our April 4, 2025 discovery.

4. You confirmed that the only search terms that Empower has used to find documents are "CDMO," "CRB," "iBio," "College Station," and "New Jersey." Please note that I inadvertently forgot to ask about the list of custodians that your team searched, the total number of "hits" or documents that returned on the searches, and the number of documents produced from the searches. Please provide those by the end of this week.

5. Cell Protocol – we will send our revisions to that to you asap.

Thank you and I'll email you separately about the Deposition scheduling to keep that thread clean.

Aaron

1

**Aaron Wagner**

**K|C|O** KABAT CHAPMAN & OZMER LLP

811 SW 6th Avenue
Suite 1000
Portland, OR 97204
Direct: (971) 270-1789
Mobile: (360) 481-5107
Main:   (404) 400-7300
Email: awagner@kcozlaw.com

***Licensed to practice law in Washington, Oregon, Maryland, Texas, Florida, Georgia, and the District of Columbia.***

2