# EXHIBIT 7

**Robbie Wright**

| | |
|---|---|
| **From:** | Alex Pierce <APierce@hanszenlaporte.com> |
| **Sent:** | Tuesday, May 6, 2025 11:56 AM |
| **To:** | Huguenard, Harris |
| **Cc:** | Bernick, Mike; Drab, Michael; Aaron Wagner; Robbie Wright; Kathrin Bishop; Nancy Martinez; Anthony Laporte |
| **Subject:** | [External] Deposition dates for BFS and HIG Corporate Reps |

Good morning, all,

Empower asked for the availability of BFS and HIG's corporate representatives. Please see below for May. If none of these dates work, I will ask my clients for their availability in June.

BFS Corporate Rep:
- May 15 at 10 am
- May 16 at 10 am
- May 19 at 1 pm

HIG Corporate Rep (via zoom):
- May 14
- May 15

Thanks,
Alex

**HANSZEN✦LAPORTE**
─── ATTORNEYS AT LAW ───

**Alexandra Pierce**
Associate
apierce@hanszenlaporte.com    hanszenlaporte.com
p: 713-522-9444   f: 713-524-2580
14201 Memorial Dr., Houston, Texas 77079

1