# EXHIBIT 13

# Robbie Wright

| | |
|---|---|
| **From:** | Perryman, Brian <brian.perryman@faegredrinker.com> |
| **Sent:** | Monday, April 28, 2025 1:26 PM |
| **To:** | Ben Herbert; James P. Ellison |
| **Cc:** | Bernick, Mike; Huguenard, Harris |
| **Subject:** | RE: Empower Clinic Services v. Bio Filling Solutions |

Ben,

Thanks for the productive discussion this afternoon. As discussed, we mutually agreed that no deposition will occur on May 2. I look forward to hearing back from you on the two possible compromises we discussed.

**Brian Perryman**
Partner
brian.perryman@faegredrinker.com
Connect: vCard

+1 202 230 5225 direct / +1 703 868 3951 mobile

**Faegre Drinker Biddle & Reath LLP**
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

---

**From:** Ben Herbert <bherbert@millerbarondess.com>
**Sent:** Monday, April 28, 2025 1:14 PM
**To:** Perryman, Brian <brian.perryman@faegredrinker.com>; James P. Ellison <JEllison@hpm.com>
**Cc:** Bernick, Mike <mbernick@jw.com>; Huguenard, Harris <hhuguenard@jw.com>
**Subject:** RE: Empower Clinic Services v. Bio Filling Solutions

**This Message originated outside your organization.**

Brian,

Our emails crossed paths.  That is fine with me.  Feel free to call me on my cell: 202-441-5465.

- Ben

**Ben Herbert**
MILLER | BARONDESS LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 424-653-5846
Fax: 310-552-8400
Mobile: 202-441-5465
bherbert@millerbarondess.com

www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?

**From:** Perryman, Brian <brian.perryman@faegredrinker.com>
**Sent:** Monday, April 28, 2025 10:12 AM
**To:** James P. Ellison <JEllison@hpm.com>
**Cc:** Ben Herbert <bherbert@millerbarondess.com>
**Subject:** RE: Empower Clinic Services v. Bio Filling Solutions

Thank you, J.P.

Ben, I'll give your direct number a call in a few minutes if that's OK.

**Brian Perryman**
Partner
brian.perryman@faegredrinker.com
Connect: vCard

+1 202 230 5225 direct / +1 703 868 3951 mobile

**Faegre Drinker Biddle & Reath LLP**
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

**From:** James P. Ellison <JEllison@hpm.com>
**Sent:** Monday, April 28, 2025 1:10 PM
**To:** Perryman, Brian <brian.perryman@faegredrinker.com>
**Cc:** Ben Herbert <bherbert@millerbarondess.com>
**Subject:** RE: Empower Clinic Services v. Bio Filling Solutions

**This Message originated outside your organization.**

Brian,

As we discussed, Ben is copied and below is his contact information.

**Ben Herbert**
MILLER **|** BARONDESSLLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 424-653-5846
Fax: 310-552-8400
Mobile: 202-441-5465
bherbert@millerbarondess.com
www.millerbarondess.com
Biography

Best,

J.P. Ellison
Hyman, Phelps & McNamara P.C.
700 13th St. NW
Suite 1200
Washington, DC 2005
(202)737-4294 (direct)
(202) 737-5600 (main)
jellison@hpm.com
hpm.com

---

**From:** Perryman, Brian <brian.perryman@faegredrinker.com>
**Sent:** Monday, April 28, 2025 8:17 AM
**To:** James P. Ellison <JEllison@hpm.com>
**Subject:** [EXTERNAL] Empower Clinic Services v. Bio Filling Solutions



**CAUTION:**

---

J.P.:

In my letter to you dated April 22, 2025, I requested that, although service of a subpoena on Libby Baney had not then occurred, if that was Empower's intention, then the parties should discuss the matter telephonically, per Local Rule 7(m). Rather than reaching out to discuss the matter, Empower purported to serve a subpoena for Ms. Baney's deposition to be held on May 2, 2025.

The subpoena was not served, actually or validly, on Ms. Baney. It was instead delivered to her child's *au pair*, at Ms. Baney's Virginia residence, on April 24, 2025. At the time of the purported service, Ms. Baney was not at home. This was invalid service. Rule 45 does not allow service of a subpoena merely by delivery to a witness's residence.

Ms. Baney will not appear at a deposition for which she was not personally served (and which is untimely anyway under the Texas court's operative scheduling order). To avoid imposing an additional undue burden on Ms. Baney, I ask that you please immediately confirm that the subpoena is withdrawn—and to discuss the matter with me as soon as possible, per Local Rule 7(m). Should Ms. Baney be forced to move to quash an invalid subpoena, she will reserve all rights to seek appropriate relief.

**Brian Perryman**
Partner
brian.perryman@faegredrinker.com
Connect: vCard

+1 202 230 5225 direct / +1 703 868 3951 mobile

**Faegre Drinker Biddle & Reath LLP**
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more, visit our site.

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.