# EXHIBIT 14

**Kathrin Bishop**

| | |
|---|---|
| **From:** | Aaron Wagner |
| **Sent:** | Thursday, May 1, 2025 10:17 AM |
| **To:** | Robbie Wright; Ben Herbert |
| **Cc:** | Huguenard, Harris; Kathrin Bishop; Anthony Laporte; Alex Moskow; Bernick, Mike |
| **Subject:** | RE: [External] Empower v. Bio Filling -- Libby Baney |

Ben,

I was able to cancel my flight and get a credit. I was not, however, able to cancel my hotel room without a penalty. Please let me know if your client will agree to reimburse that, or if we will need to seek court assistance. The amount is $639.81.

Thanks,
Aaron

**Aaron Wagner**

K|C|O   KABAT CHAPMAN & OZMER LLP

811 SW 6th Avenue
Suite 1000
Portland, OR 97204
Direct: (971) 270-1789
Mobile: (360) 481-5107
Main:   (404) 400-7300
Email: awagner@kcozlaw.com

***Licensed to practice law in Washington, Oregon, Maryland, Texas, Florida, Georgia, and the District of Columbia.***

**From:** Robbie Wright <rwright@kcozlaw.com>
**Sent:** Wednesday, April 30, 2025 9:51 AM
**To:** Ben Herbert <bherbert@millerbarondess.com>; Aaron Wagner <awagner@kcozlaw.com>
**Cc:** Huguenard, Harris <hhuguenard@jw.com>; Kathrin Bishop <kbishop@kcozlaw.com>; Anthony Laporte <ALaporte@hanszenlaporte.com>; Alex Moskow <amoskow@kcozlaw.com>; Bernick, Mike <mbernick@jw.com>
**Subject:** RE: [External] Empower v. Bio Filling -- Libby Baney

Ben,

I can confirm that there was no mention of the May 2 date being a placeholder on last week's call.  The emails you all exchanged with Faegre Drinker support that there was no mention of May 2 being a placeholder as well—the emails show the date was not moved until this Monday.  We are not suggesting a mal intent, but suggesting that your team be sure to provide common courtesies moving forward.

Thanks,

**Robbie Wright**

K|C|O   KABAT CHAPMAN & OZMER LLP

171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Direct: (404) 400-7315
Main:  (404) 400-7300
Email: rwright@kcozlaw.com

---

**From:** Ben Herbert <bherbert@millerbarondess.com>
**Sent:** Wednesday, April 30, 2025 12:45 PM
**To:** Aaron Wagner <awagner@kcozlaw.com>
**Cc:** Huguenard, Harris <hhuguenard@jw.com>; Robbie Wright <rwright@kcozlaw.com>; Kathrin Bishop <kbishop@kcozlaw.com>; Anthony Laporte <ALaporte@hanszenlaporte.com>; Alex Moskow <amoskow@kcozlaw.com>; Bernick, Mike <mbernick@jw.com>
**Subject:** RE: [External] Empower v. Bio Filling -- Libby Baney

Aaron,

Your recollection is different from ours.  There was not mal intent.  We thought you were already aware based on the prior conversation, so an additional email was not needed.

- Ben

**Ben Herbert**

M I L L E R | B A R O N D E S S LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 424-653-5846
Fax: 310-552-8400
Mobile: 202-441-5465
bherbert@millerbarondess.com
www.millerbarondess.com
Biography

---

♻ Please consider the environment – do you really need to print this email?

**From:** Aaron Wagner <awagner@kcozlaw.com>
**Sent:** Wednesday, April 30, 2025 9:28 AM
**To:** Ben Herbert <bherbert@millerbarondess.com>
**Cc:** Huguenard, Harris <hhuguenard@jw.com>; Robbie Wright <rwright@kcozlaw.com>; Kathrin Bishop <kbishop@kcozlaw.com>; Anthony Laporte <ALaporte@hanszenlaporte.com>; Alex Moskow <amoskow@kcozlaw.com>; Bernick, Mike <mbernick@jw.com>
**Subject:** RE: [External] Empower v. Bio Filling -- Libby Baney

Ben,

First, I explicitly asked about May 2 on our meet and confer and said that we would be there. There was no mention of it being a placeholder and in fact, with my discussion with Brian Harriman today, he shared that as of Monday this week, you were planning to go forward and the deposition was only pulled down after he indicated he would be filing a motion to quash.

Second, when you "agreed" with Harriman on Monday that the deposition was not going forwarded, I would have appreciated being told. In fact, had I not reached out to him today I'm not sure when I would have learned from you, if at all, that it was cancelled.

So, placeholder or not—as of Monday you knew it was cancelled and did not share. My request is fair.

Thanks,

**Aaron Wagner**

K|C|O   KABAT CHAPMAN & OZMER LLP

811 SW 6th Avenue
Suite 1000
Portland, OR 97204
Direct: (971) 270-1789
Mobile: (360) 481-5107
Main:   (404) 400-7300
Email: awagner@kcozlaw.com

*Licensed to practice law in Washington, Oregon, Maryland, Texas, Florida, Georgia, and the District of Columbia.*

**From:** Ben Herbert <bherbert@millerbarondess.com>
**Sent:** Wednesday, April 30, 2025 9:22 AM
**To:** Aaron Wagner <awagner@kcozlaw.com>
**Cc:** Huguenard, Harris <hhuguenard@jw.com>; Robbie Wright <rwright@kcozlaw.com>; Kathrin Bishop <kbishop@kcozlaw.com>; Anthony Laporte <ALaporte@hanszenlaporte.com>; Alex Moskow <amoskow@kcozlaw.com>; Bernick, Mike <mbernick@jw.com>
**Subject:** RE: [External] Empower v. Bio Filling -- Libby Baney

Aaron,

We told you on a meet and confer last week that the May 2 date was a place holder and were going to work with the parties to find a time that was agreeable for everyone.

- Ben

**Ben Herbert**

MILLER | BARONDESS LLP

2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 424-653-5846
Fax: 310-552-8400
Mobile: 202-441-5465
bherbert@millerbarondess.com
www.millerbarondess.com
Biography

🌲 Please consider the environment – do you really need to print this email?

**From:** Aaron Wagner <awagner@kcozlaw.com>
**Sent:** Wednesday, April 30, 2025 9:07 AM
**To:** Ben Herbert <bherbert@millerbarondess.com>
**Cc:** Huguenard, Harris <hhuguenard@jw.com>; Robbie Wright <rwright@kcozlaw.com>; Kathrin Bishop
<kbishop@kcozlaw.com>; Anthony Laporte <ALaporte@hanszenlaporte.com>; Alex Moskow
<amoskow@kcozlaw.com>; Bernick, Mike <mbernick@jw.com>
**Subject:** FW: [External] Empower v. Bio Filling -- Libby Baney

Ben:

I just learned that Friday's deposition has been cancelled. I will be cancelling my flights and hotel. If for
some reason I cannot get a full refund for anything, we will return to you to discuss. In the future, if you
would do us the courtesy of letting us know these types of things in a timely manner that would be
appreciated.

Thanks,
Aaron

**Aaron Wagner**

K|C|O    KABAT CHAPMAN & OZMER LLP

811 SW 6th Avenue
Suite 1000
Portland, OR 97204
Direct: (971) 270-1789
Mobile: (360) 481-5107
Main:   (404) 400-7300
Email: awagner@kcozlaw.com

*Licensed to practice law in Washington, Oregon, Maryland, Texas, Florida, Georgia, and the District of*
*Columbia.*

**From:** Perryman, Brian <brian.perryman@faegredrinker.com>
**Sent:** Wednesday, April 30, 2025 8:44 AM
**To:** Aaron Wagner <awagner@kcozlaw.com>
**Subject:** RE: [External] Empower v. Bio Filling -- Libby Baney

Aaron, please see attached email as discussed on the call.

**Brian Perryman**
Partner
brian.perryman@faegredrinker.com
Connect: vCard

+1 202 230 5225 direct / +1 703 868 3951 mobile

**Faegre Drinker Biddle & Reath** LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

**From:** Perryman, Brian
**Sent:** Wednesday, April 30, 2025 11:10 AM

**To:** 'awagner@kcozlaw.com' <awagner@kcozlaw.com>
**Subject:** Empower v. Bio Filling -- Libby Baney

Hi Aaron,

I'm counsel for Libby Baney in connection with the Empower case in Texas. I just left a voicemail for you. Please give me a call on my cell, 703.868.3951. Thanks.

**Brian Perryman**
Partner
brian.perryman@faegredrinker.com
Connect: vCard

————
+1 202 230 5225 direct / +1 703 868 3951 mobile

**Faegre Drinker Biddle & Reath** LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005, USA

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.