# EXHIBIT 16

**Robbie Wright**

| | |
|---|---|
| **From:** | Huguenard, Harris <hhuguenard@jw.com> |
| **Sent:** | Thursday, April 3, 2025 9:44 AM |
| **To:** | Aaron Wagner |
| **Cc:** | Bernick, Mike; Alex Pierce; Kathrin Bishop; Anthony Laporte; Robbie Wright; Ben Herbert; C. Celeste Creswell; Nancy Martinez; Barake, Gabriela; Drab, Michael |
| **Subject:** | RE: [External] Lamotta - NOD |

Good morning, Aaron,

Thank you for your note. Anthony and I had been working on getting this deposition scheduled for some time, and you and I had not discussed this matter. We will include you and your team on future correspondence related to scheduling. While we're on the topic of who to include on email correspondence, please ensure to include Ben Herbert, Michael Drab, and Gabriela Barake, in addition to myself and Mike Bernick. Thanks in advance!

All the best,

**Harris J. Huguenard** | Partner
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4247 | hhuguenard@jw.com

**Jackson Walker LLP**

---

**From:** Aaron Wagner <awagner@kcozlaw.com>
**Sent:** Wednesday, April 2, 2025 12:05 PM
**To:** Huguenard, Harris <hhuguenard@jw.com>
**Cc:** Bernick, Mike <mbernick@jw.com>; Alex Pierce <APierce@hanszenlaporte.com>; Kathrin Bishop <kbishop@kcozlaw.com>; Anthony Laporte <ALaporte@hanszenlaporte.com>; Robbie Wright <rwright@kcozlaw.com>; Ben Herbert <bherbert@millerbarondess.com>; C. Celeste Creswell <ccreswell@kcozlaw.com>; Nancy Martinez <NMartinez@hanszenlaporte.com>
**Subject:** RE: [External] Lamotta - NOD

> **Caution:** **External Email.**

Harris,

I see below that you contacted Anthony regarding scheduling but did not include me or my office. We've also not received a response to our email of yesterday regarding extending discovery and multiple depositions which will need to be scheduled. I'll check on availability for this date and circle back, but in the meantime, please copy me and my office (Robbie Wright, Kathrin Bishop, and Celeste Creswell) on all communications related to this case, especially with respect to any scheduling matters.

Thanks,
Aaron

1

**Aaron Wagner**

**K|C|O    KABAT CHAPMAN & OZMER LLP**

811 SW 6th Avenue
Suite 1000
Portland, OR 97204
Direct: (971) 270-1789
Mobile: (360) 481-5107
Main:   (404) 400-7300
Email: awagner@kcozlaw.com

***Licensed to practice law in Washington, Oregon, Maryland, Texas, Florida, Georgia, and the District of Columbia.***

---

**From:** Nancy Martinez <NMartinez@hanszenlaporte.com>
**Sent:** Wednesday, April 2, 2025 8:57 AM
**To:** Huguenard, Harris <hhuguenard@jw.com>
**Cc:** Bernick, Mike <mbernick@jw.com>; Aaron Wagner <awagner@kcozlaw.com>; Alex Pierce <APierce@hanszenlaporte.com>; Kathrin Bishop <kbishop@kcozlaw.com>; Anthony Laporte <ALaporte@hanszenlaporte.com>; Robbie Wright <rwright@kcozlaw.com>; Ben Herbert <bherbert@millerbarondess.com>
**Subject:** RE: [External] Lamotta - NOD

Good morning, Mr. Huguenard:

Attached please find Mr. Lamotta's notice of deposition.

Best,

## Nancy Martinez
Paralegal

nmartinez@hanszenlaporte.com     hanszenlaporte.com
p: 713-522-9444   f: 713-524-2580
14201 Memorial Drive, Houston, Texas 77079

**CELEBRATING 25 YEARS**

**HANSZEN✦LAPORTE**
ATTORNEYS AT LAW
*25 years of elite attorneys delivering exceptional results.*

---

**From:** Anthony Laporte <ALaporte@hanszenlaporte.com>
**Sent:** Tuesday, April 1, 2025 9:30 PM
**To:** Huguenard, Harris <hhuguenard@jw.com>
**Cc:** Bernick, Mike <mbernick@jw.com>; Nancy Martinez <NMartinez@hanszenlaporte.com>; Aaron Wagner <awagner@kcozlaw.com>; Alex Pierce <APierce@hanszenlaporte.com>; Kathrin Bishop <kbishop@kcozlaw.com>
**Subject:** RE: [External] Lamotta

Harris,

2

Let's take the 8th.

Thank you.

Anthony


Anthony L. Laporte
Hanszen Laporte
Board Certified in Civil Trial Law
ABOTA Member
14201 Memorial Drive
Houston, Texas 77079
713-522-9444
713-524-2580 facsimile
832-746-4204 cell
alaporte@hanszenlaporte.com

---

**From:** Huguenard, Harris <hhuguenard@jw.com>
**Sent:** Tuesday, April 1, 2025 9:25 PM
**To:** Anthony Laporte <ALaporte@hanszenlaporte.com>
**Cc:** Bernick, Mike <mbernick@jw.com>
**Subject:** [External] Lamotta

Ryan is available May 8th or 9th. Do either of those dates work for you?


**Harris J. Huguenard** | Partner
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4247 |  hhuguenard@jw.com

Jackson Walker LLP

3