United States District Court
Southern District of Texas
**ENTERED**
May 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EMPOWER CLINIC SERVICES, L.L.C., § § Plaintiff, § § VS. § BIO FILLING SOLUTIONS INC., *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:23-CV-04123 |

## ORDER

Before the Court are Defendant Matthew Ludowig's (1) Unopposed Motion to Seal Motion for Leave to File an Amended Answer and Affirmative Defenses (Doc. #137) and Unopposed Motion to Seal Joinder (Doc. #139). In both Motions, Defendant Ludowig seeks an order temporarily sealing the filings (Doc. Nos. 138 and 140) for a period of fourteen (14) days to allow Plaintiff an opportunity to review and, if necessary, file a separate motion to extend the seal beyond the 14-day period. The Court finds that more than 14 days have passed since the temporary sealing was requested, and Plaintiff has not filed a motion to seal or otherwise indicated a need for continued sealing.

Accordingly, Defendant Matthew Ludowig's (1) Unopposed Motion to Seal Motion for Leave to File an Amended Answer and Affirmative Defenses (Doc. #137) and Unopposed Motion to Seal Joinder (Doc. #139) are hereby DENIED. The Clerk is ORDERED to UNSEAL Doc Nos. 138 and 140.

It is so ORDERED.

MAY 1 5 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge