IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Empower Clinic Services, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> Bio Filling Solutions Inc. f/k/a Bio42 Clinical Filling Solutions, Inc., Hanson Irwin Group LLC, David Teer, Lisa Hudanich, Matthew Ludowig, Marc Hanson, Jerry Irwin, <br><br> Defendants. | Case No. 4:23-cv-4123 |

## NOTICE OF UNAVAILABILITY BY COUNSEL
## FOR DEFENDANT MATTHEW LUDOWIG

COME NOW, Aaron A. Wagner, lead counsel for Defendant Matthew Ludowig, and hereby requests from this Court an Order of Protection for the following dates due to prior court obligations and pre-paid vacation:

- May 27-30, 2025;
- June 6, 20, 23-24, 26 – 30, 2025;
- July 1-3, 8, 10-11, 24, 31, 2025;
- August 1-4, 14-22, 2025
- September 3, 29-30, 2025;
- October 1-3, 6-10, 2025; and
- January 5-16, 2026.

WHEREFORE, Aaron A. Wagner will not be available for Court on the above dates and therefore respectfully request that the Court not schedule any hearings regarding motions before the Court for such dates, and the parties not schedule any depositions on these dates.

Dated:  May 23, 2025

/s/ *Aaron A. Wagner*
Aaron A. Wagner
Texas Bar No. 24037655
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333
awagner@kcozlaw.com

*Attorney for Defendant,*
*Matthew Ludowig*

## CERTIFICATE OF SERVICE

This certifies that on May 23, 2025, a true and correct copy of the foregoing **NOTICE OF UNAVAILABILITY BY COUNSEL FOR DEFENDANT MATTHEW LUDOWIG** was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure.

Dated:  May 23, 2025                             /s/ Aaron A. Wagner
                                                 Aaron A. Wagner