United States District Court
Southern District of Texas
**ENTERED**
August 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | | Case Number | 4:23-cv-4123 |
|---|---|---|---|---|
| Empower Clinic Services, LLC | | | | |
| *versus* | | | | |
| Bio Filling Solutions Inc. f/k/a Bio42 Clinical Filling Solutions, Inc., Hanson Irwin Group LLC, David Teer, Lisa Hudanich, Matthew Ludowig, Marc Hanson, and Jerry Irwin | | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ms. Sharada Jambulapati<br>Kabat Chapman & Ozmer, LLP<br>171 17th Street NW, Suite 1550<br>Atlanta, Georgia 30363<br>(404) 400-7311; sjambulapati@kcozlaw.com<br>Georgia Bar No. 413477 |
|---|---|

| Name of party applicant seeks to appear for: | Matthew Ludowig |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   8/8/2025 | Signed: |
|---|---|

| The state bar reports that the applicant's status is:   Active | |
|---|---|
| Dated:   8/11/2025 | Clerk's signature   /s/ Lisa R. Edwards |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: ___8/11/2025___

_____
United States District Judge