**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | |
|---|---|
| EMPOWER CLINIC SERVICES, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> BIO FILLING SOLUTIONS F/K/A BIO42 CLINICAL FILLING SOLUTIONS, INC., HANSON IRWIN GROUP LLC, DAVID TEER, LISA HUDANICH, MATTHEW LUDOWIG, MARC HANSON, JERRY IRWIN, AND MICHAEL LAMBERT, <br><br> Defendants. | Civil Action No.: 4:23-cv-4123 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF FILING

Pursuant to the Court's direction at the October 10, 2025 Discovery Hearing, Plaintiff Empower Clinic Services, L.L.C. ("Plaintiff" or "Empower"), by and through its counsel of record, attaches Plaintiff's Responses and Objections to Defendant Matthew Ludowig's Notice of Rule 30(b)(6) Deposition of Empower Clinic Services, L.L.C. and Motion for Protection.

Dated:  October 15, 2025

ELLIS GEORGE LLP

*s/Christopher W. Arledge*

Christopher W. Arledge, *pro hac vice*
California State Bar No. 200767
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone:  (310) 274-7100
Facsimile:  (310) 275-5697
Email: carledge@ellisgeorge.com

Lead Counsel for Plaintiff
Empower Clinic Services, L.L.C.

Of Counsel:

ELLIS GEORGE LLP
Mona Sedky, *pro hac vice*

1

California State Bar No. 170147
Courtney L. Mitchell, *pro hac vice*
California State Bar No. 229598
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
Email: msedky@ellisgeorge.com
Email: cmitchell@ellisgeorge.com

JACKSON WALKER L.L.P.
Michael H. Bernick
State Bar No. 24078227
S.D. Tex. ID 1439062
Harris J. Huguenard
State Bar No. 24099615
S.D. Tex. ID 3007223
Gabriela M. Barake
State Bar No. 24099794
S.D. Tex. ID 3006704
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4427
Facsimile: (713)752-4221
Email: mbernick@jw.com
Email: hhuguenard@jw.com
Email: gbarake@jw.com

MILLER BARONDESS, LLP
Benjamin A. Herbert, *pro hac vice*
California State Bar No. 277356
2121 Avenue of the Stars, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400
Email: bherbert@millerbarondess.com

Attorneys for Plaintiff
Empower Clinic Services, L.L.C.

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, the foregoing **NOTICE OF FILING** has been

served via CM/ECF, the Court's electronic case filing system, on all parties and counsel

registered with CM/ECF in this action as follows:

| | |
|---|---|
| Anthony L. Laporte | Attorneys for Defendants |
| Hanszen Laporte LLP | BIO FILLING SOLUTIONS f/k/a BIO42 |
| 14201 Memorial Dr | CLINICAL FILLING SOLUTIONS INC.; |
| Houston, TX 77079 | DAVID TEER; LISA HUDANICH; |
| Phone: 713-522-9444 | HANSON IRWIN GROUP LLC; MARC |
| Fax: 713-524-2580 | HANSON and JERRY IRWIN |
| Email: alaporte@hanszenlaporte.com | |

Aaron A. Wagner                                         Attorneys for Defendant
Robert G. Wright                                         MATTHEW LUDOWIG
Sharada Jambulapati
Catrina C. Creswell
Kabat Chapman & Ozmer, LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Phone: 360-481-5107 (A. Wagner)
Phone: 404-400-7315 (R. Wright)
Phone: 404-400-7311 (S. Jambulapati)
Phone: 706-508-6180 (C. Creswell)
Email: awagner@kcozlaw.com
Email: rwright@kcozlaw.com
Email: sjambulapati@kcozlaw.com
Email: ccreswell@kcozlaw.com


                                                    *s/Christopher W. Arledge*
                                                    Christopher W. Arledge

3