UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EMPOWER CLINIC SERVICES, L.L.C., § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> BIO FILLING SOLUTIONS INC., § <br> § <br> BIO42 CLINICAL FILLING SOLUTIONS INC., § <br> § <br> DAVID TEER, AND LISA HUDANICH, § <br> § <br> *Defendants.* § | Case No. 4:23-cv-04123 <br><br> Jury Trial Demanded |

## NOTICE OF APPEARANCE

**To The Clerk of Court and All Parties of Record:`**

Notice is hereby given that Rex A. Mann of Winston & Strawn, LLP is entering his appearance as counsel for Plaintiff Empower Clinic Services, LLC in all further proceedings in this cause of action and request that all future notices from the Court, copies and pleadings sent to the parties be sent to him at the following address:

**Rex A. Mann**
Texas Bar No. 24075509
rmann@winston.com
Winston & Strawn LLP
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Tel: (214) 453-6500
Fax: (214) 453-6400

1

Dated: October 22, 2025				Respectfully submitted,

												By: */s/ Rex Mann*

    Rex A. Mann
    Texas Bar No. 24075509
    rmann@winston.com
    WINSTON & STRAWN LLP
    2121 N. Pearl Street, Suite 900
    Dallas, TX 75201
    Telephone: (214) 453-6500
    Facsimile: (214) 453-6400

*Counsel for Plaintiff Empower Clinic Services LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of October 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

												By: */s/ Rex Mann*