**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Empower Clinic Services, L.L.C., | |
|      Plaintiff, | |
| v. | |
| Bio Filling Solutions Inc. f/k/a Bio42 Clinical Filling Solutions, Inc., Hanson Irwin Group LLC, David Teer, Lisa Hudanich, Matthew Ludowig, Marc Hanson, and Jerry Irwin, | Case No. 4:23-cv-4123 |
|      Defendants. | |

**<u>SUGGESTION OF BANKRUPTCY</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

David Teer, a Defendant in the above-captioned cause, notifies the Court and the parties of its voluntary bankruptcy petition and in support thereof would respectfully show as follows:

On November 12, 2025, David Teer ("Debtor"), filed his voluntary petition under Chapter 7 of the United States Bankruptcy Code and was assigned the following case number by the United States Bankruptcy Court for the Southern District of Texas, Houston Division: *In Re: David Christopher Teer*, Cause No. 25-36832.

.      The filing of a voluntary petition operates as an automatic stay, applicable to all entities, of among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtor (i) that were or could have been commenced before the commencement of the Debtor's bankruptcy case or (ii) to recover any claims against the Debtor that arose before the commencement of the Debtor's bankruptcy case; (b) the enforcement against

the Debtor or against any of property of the Debtor's bankruptcy estate, of a judgment obtained before the commencement of the Debtor's case; of (c) any act to obtain possession of the property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.  *See* 11 U.S.C. § 362.

Debtor is represented in its bankruptcy and may be contacted through counsel identified as follows:

> BAKER & ASSOCIATES
> SONYA KAPP
> 950 Echo Lane, Suite 300
> Houston, Texas 77024
> Telephone: (713) 869-9200
> Sonya.kapp@bakerassociates.net

WHEREFORE, Defendant, David Teer, hereby advises the Court of the pending Chapter 7 bankruptcy proceeding, and that United Engineers Inc. be granted such other and further relief to which it may be justly entitled.

DATED:  November 13, 2025

<div style="margin-left: 40%;">

Respectfully submitted,

**HANSZEN ▪ LAPORTE, LLP**

By:  *Anthony L. Laporte*
Anthony L. Laporte
S.D. Bar No. 21701
Texas State Bar No. 00787876
alaporte@hanszenlaporte.com
Alexandra E. Pierce
S.D. Bar No. 3804067
Texas State Bar No. 24131912
apierce@hanszenlaporte.com
Hanszen Laporte
14201 Memorial Drive
Houston, Texas 77079
Telephone: 713-522-9444
Facsimile: 713-524-2580
***Attorneys for Defendants***

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that service of a true and correct copy of the above and foregoing document will be accomplished on all counsel of record through the notice of electronic filing in accordance with the Federal Rules of Civil Procedure on November 13, 2025.

By: */s/ Anthony L. Laporte*
ANTHONY L. LAPORTE