United States District Court
Southern District of Texas
**ENTERED**
November 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EMPOWER CLINIC SERVICES, L.L.C., § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> BIO FILLING SOLUTIONS INC., *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:23-CV-04123 |

## ORDER

Before the Court is the Suggestion of Bankruptcy of Defendant David Teer (Doc. #227), which states that on November 12, 2025, Defendant David Teer filed a Voluntary Petition in the United States Bankruptcy Court for the Southern District of Texas seeking relief under the provisions of Chapter 7 of the United States Bankruptcy Code.

Pursuant to 11 U.S.C. § 362(a), the Court ORDERS that this case is STAYED pending resolution of the bankruptcy proceedings. All pending motions are MOOT but may be summarily re-urged if the automatic stay is lifted. Within twenty days of the close of the bankruptcy action, the parties shall notify the Court that the bankruptcy proceedings are complete.

It is so ORDERED.

NOV 2 0 2025
Date

The Honorable Alfred H. Bennett
United States District Judge