# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Empower Clinic Services, L.L.C.

v.  Case Number: 4:23−cv−04123

Bio Filling Solutions Inc., et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 2/13/2026 at 03:00 PM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: January 23, 2026

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk