United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMPOWER CLINIC SERVICES, L.L.C., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-04123 |
| BIO FILLING SOLUTIONS INC., *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

On November 20, 2025, the Court entered a stay of all proceedings in this matter. While the stay remains in effect, no further activity is anticipated on the Court's docket. As such, the Court ORDERS that this case be ADMINISTRATIVELY CLOSED. This administrative closure does not constitute a dismissal and does not impact on the rights of any party. The parties may move to reinstate the case on the Court's active docket once the issues have been resolved. A copy of this order shall be attached as an exhibit to any motion to reinstate.

Signed on February 20, 2026.

_____
Alfred H. Bennett
United States District Judge

1 / 1