**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Empower Clinic Services, L.L.C.,
    Plaintiff,

v.

Bio Filling Solutions Inc. f/k/a/ Bio42
Clinical Filling Solutions, Inc., Hanson
Irwin Group LLC, David Teer, Lisa
Hudanich, Matthew Ludowig, Marc
Hanson, Jerry Irwin, and Michael Lambert

    Defendants.

Case No. 4:23-cv-4123

**Jury Trial Demanded**

**JOINT MOTION FOR PARTIAL DISMISSAL**
**OF CLAIMS AGAINST MATTHEW LUDOWIG**

Plaintiff Empower Clinic Services, L.L.C., doing business as Empower Pharmacy, ("Plaintiff") and Defendant Matthew Ludowig ("Ludowig") hereby respectfully submit this Joint Motion for Partial Dismissal of Claims Against Matthew Ludowig (the "Motion"), and request that all of Plaintiff's claims against Ludowig, and Ludowig alone, be dismissed with prejudice.

WHEREFORE, the Plaintiff and Ludowig jointly request this Court dismiss all claims pending against Ludowig in the above-captioned case with prejudice, with each party bearing its own respective attorney's fees, costs, and expenses.[1]

Respectfully submitted,

**ELLIS GEORGE LLP**

*/s/ Christopher W. Arledge*

Christopher W. Arledge, *Pro Hac Vice*
  (Lead Counsel)

**KABAT CHAPMAN & OZMER LLP**

*/s/ Aaron A. Wagner*

Aaron A. Wagner
Texas Bar No. 24037655
811 SW 6th Avenue, Suite 1000

---

[1] This relief sought in this Motion is not intended to affect Plaintiff's claims against any other Defendant. Plaintiff is not dismissing any of its claims against Defendants Bio Filling Solutions Inc. f/k/a/ Bio42 Clinical Filling Solutions, Inc., Hanson Irwin Group LLC, David Teer, Lisa Hudanich, Marc Hanson, or Jerry Irwin.

California State Bar No. 200767
Mona Sedky, *Pro Hac Vice*
California State Bar No. 170147
Courtney L. Mitchell, *Pro Hac Vice*
California State Bar No. 229598
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
Email: carledge@ellisgeorge.com
Email: msedky@ellisgeorge.com
Email: cmitchell@ellisgeorge.com

ATTORNEYS FOR PLAINTIFF

Portland, Oregon 97204
(404) 400-7300
awagner@kcozlaw.com

ATTORNEYS FOR MATTHEW LUDOWIG

## CERTIFICATE OF SERVICE

I hereby certify that service of a true and correct copy of the above and foregoing document will be automatically accomplished through notice of electronic filing and in accordance with the Federal Rules of Civil Procedure on ___March 20___, 2026, to the following:

Anthony L. Laporte
alaporte@hanszenlaporte.com
Alexandra E. Pierce
apierce@hanszenlaporte.com
HANSZEN LAPORTE
14201 Memorial Drive
Houston, Texas 77079

Nicholas S. S. Rogers
nrogers@qgtlaw.com
QUATTLEBAUM, GROOMS & TULL, PLLC
111 Center Street, Suite 1900
Little Rock, AK 72201

*/s/ Christopher W. Arledge*
CHRISTOPHER W. ARLEDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Empower Clinic Services, L.L.C.,
     Plaintiff,

v.

Bio Filling Solutions Inc. f/k/a/ Bio42
Clinical Filling Solutions, Inc., Hanson
Irwin Group LLC, David Teer, Lisa
Hudanich, Matthew Ludowig, Marc
Hanson, Jerry Irwin, and Michael Lambert

     Defendants.

Case No. 4:23-cv-4123

**Jury Trial Demanded**

## ORDER GRANTING JOINT MOTION FOR PARTIAL DISMISSAL OF ALL CLAIMS AGAINST MATTHEW LUDOWIG

The Court, having considered the agreement of the parties as evidenced herein below by the signatures of the parties' respective attorneys of record, finds that Plaintiff Empower Clinic Services, L.L.C., doing business as Empower Pharmacy, ("Plaintiff") and Defendant Matthew Ludowig ("Ludowig") request that all of Plaintiff's claims against Ludowig, and Ludowig alone, be dismissed with prejudice.

The Court hereby GRANTS the motion and ORDERS that the causes of action brought by Plaintiff against Defendant Matthew Ludowig, are dismissed with prejudice, in their entirety, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all costs of Court are to be paid by the party incurring same.

SIGNED ON this ____ day of _____, 2026.

_____
The Honorable Alfred H. Bennett
United States District Judge

**Approved as to Form, Substance, and Entry:**

**ELLIS GEORGE LLP**


*/s/ Christopher W. Arledge*
_____

Christopher W. Arledge, *Pro Hac Vice*
  (Lead Counsel)
California State Bar No. 200767
Mona Sedky, *Pro Hac Vice*
California State Bar No. 170147
Courtney L. Mitchell, *Pro Hac Vice*
California State Bar No. 229598
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
Email: carledge@ellisgeorge.com
Email: msedky@ellisgeorge.com
Email: cmitchell@ellisgeorge.com

ATTORNEYS FOR PLAINTIFF

and

**KABAT CHAPMAN & OZMER LLP**


*/s/ Aaron A. Wagner*
_____

Aaron A. Wagner
Texas Bar No. 24037655
811 SW 6th Avenue, Suite 1000
Portland, Oregon 97204
(404) 400-7300
awagner@kcozlaw.com

ATTORNEYS FOR MATTHEW LUDOWIG