United States District Court
Southern District of Texas
**ENTERED**
March 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMPOWER CLINIC SERVICES, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-04123 |
| | § | |
| BIO FILLING SOLUTIONS INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Empower Clinic Services, L.L.C., doing business as Empower Pharmacy ("Plaintiff"), and Defendant Matthew Ludowig's ("Ludowig") Joint Motion for Partial Dismissal of Claims Against Matthew Ludowig. Doc. #242. The Court, having considered the agreement of the parties as evidenced by the signatures of the parties' respective attorneys of record, finds that Plaintiff and Ludowig request that all of Plaintiff's claims against Ludowig, and Ludowig alone, be dismissed with prejudice. *Id.*

The Court hereby GRANTS the motion (Doc. #242) and ORDERS that the causes of action brought by Plaintiff against Ludowig, are dismissed with prejudice, in their entirety, with prejudice to the re-filing of same. IT IS FURTHER ORDERED that all costs of Court are to be paid by the party incurring same.

It is so ORDERED.

**MAR 2 4 2026**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge