**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Empower Clinic Services, L.L.C.,<br>　　　Plaintiff,<br><br>v.<br><br>Bio Filling Solutions Inc. f/k/a Bio42<br>Clinical Filling Solutions, Inc., Hanson<br>Irwin Group LLC, David Teer, Lisa<br>Hudanich, Matthew Ludowig, Marc<br>Hanson, Jerry Irwin, and Michael Lambert<br><br>　　　Defendants. | Case No. 4:23-cv-4123<br><br>**Jury Trial Demanded** |

**JOINT MOTION FOR PARTIAL DISMISSAL OF CLAIMS AGAINST**
**DEFENDANTS MARC HANSON AND HANSON IRWIN GROUP LLC**

Plaintiff Empower Clinic Services, L.L.C., doing business as Empower Pharmacy, ("Plaintiff") and Defendants Marc Hanson ("Hanson") and Hanson Irwin Group LLC ("HIG") hereby respectfully submit this Joint Motion for Partial Dismissal of Claims Against Defendants Marc Hanson and Hanson Irwin Group LLC (the "Motion"), and request that all of Plaintiff's claims against Hanson and HIG, and them alone, be dismissed with prejudice.

WHEREFORE, Plaintiff and Defendants Hanson and HIG jointly request this Court dismiss all claims pending against Hanson and HIG in the above-captioned case with prejudice, with each party bearing its own respective attorney's fees, costs, and expenses.[1]

---

[1] The relief sought in this Motion is not intended to affect Plaintiff's claims against any other Defendant. Plaintiff is not dismissing any of its claims against Defendants Bio Filling Solutions Inc. f/k/a/ Bio42 Clinical Filling Solutions, Inc., David Teer, Lisa Hudanich, or Jerry Irwin.

Respectfully submitted,

**ELLIS GEORGE LLP**

_s/Christopher W. Arledge_
Christopher W. Arledge, _Pro Hac Vice_
  (Lead Counsel)
California State Bar No. 200767
Mona Sedky, _Pro Hac Vice_
California State Bar No. 170147
Courtney L. Mitchell, _Pro Hac Vice_
California State Bar No. 229598
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
Email: carledge@ellisgeorge.com
Email: msedky@ellisgeorge.com
Email: cmitchell@ellisgeorge.com

ATTORNEYS FOR PLAINTIFF

**HANSZEN LAPORTE**

_s/Anthony L. Laporte_
Anthony L. Laporte
Texas Bar No. 00787876
alaporte@hanszenlaporte.com
Alexandra E. Pierce
Texas Bar No. 24131912
apierce@hanszenlaporte.com
14201 Memorial Drive
Houston, Texas 77079

ATTORNEYS FOR DEFENDANTS MARC
HANSON and HANSON IRWIN GROUP LLC

**CERTIFICATE OF SERVICE**

I hereby certify that service of a true and correct copy of the above and foregoing document will be automatically accomplished through notice of electronic filing and in accordance with the Federal Rules of Civil Procedure on April 1, 2026, to the following:

Aaron A. Wagner
Texas Bar No. 24037655
811 SW 6th Avenue, Suite 1000
Portland, Oregon 97204
(404) 400-7300
awagner@kcozlaw.com

Nicholas S. S. Rogers
nrogers@qgtlaw.com
QUATTLEBAUM, GROOMS & TULL, PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201

_s/Christopher W. Arledge_
CHRISTOPHER W. ARLEDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Empower Clinic Services, L.L.C.,<br>　　　Plaintiff,<br><br>v.<br><br>Bio Filling Solutions Inc. f/k/a Bio42<br>Clinical Filling Solutions, Inc., Hanson<br>Irwin Group LLC, David Teer, Lisa<br>Hudanich, Matthew Ludowig, Marc<br>Hanson, Jerry Irwin, and Michael Lambert<br><br>　　　Defendants. | Case No. 4:23-cv-4123<br><br>**Jury Trial Demanded** |

**ORDER GRANTING JOINT MOTION FOR PARTIAL DISMISSAL OF ALL CLAIMS**
**AGAINST DEFENDANTS MARC HANSON AND HANSON IRWIN GROUP LLC**

The Court, having considered the agreement of the parties as evidenced herein below by the signatures of the parties' respective attorneys of record, finds that Plaintiff Empower Clinic Services, L.L.C., doing business as Empower Pharmacy, ("Plaintiff") and Defendants Marc Hanson ("Hanson") and Hanson Irwin Group LLC ("HIG") request that all of Plaintiff's claims against Defendants Hanson and HIG, and them alone, be dismissed with prejudice.

The Court hereby GRANTS the motion and ORDERS that the causes of action brought by Plaintiff against Defendants Marc Hanson and Hanson Irwin Group LLC, are dismissed, in their entirety, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all costs of Court are to be paid by the party incurring same.

SIGNED ON this _____ day of _____, 2026.

_____
The Honorable Alfred H. Bennett
United States District Judge

**Approved as to Form, Substance, and Entry:**

**ELLIS GEORGE LLP**


*s/Christopher W. Arledge*
Christopher W. Arledge, *Pro Hac Vice*
  (Lead Counsel)
California State Bar No. 200767
Mona Sedky, *Pro Hac Vice*
California State Bar No. 170147
Courtney L. Mitchell, *Pro Hac Vice*
California State Bar No. 229598
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
Email: carledge@ellisgeorge.com
Email: msedky@ellisgeorge.com
Email: cmitchell@ellisgeorge.com

ATTORNEYS FOR PLAINTIFF

and

**HANSZEN LAPORTE**


*s/Anthony L. Laporte*
Anthony L. Laporte
Texas Bar No. 00787876
alaporte@hanszenlaporte.com
Alexandra E. Pierce
Texas Bar No. 24131912
apierce@hanszenlaporte.com
14201 Memorial Drive
Houston, Texas 77079

ATTORNEYS FOR DEFENDANTS
MARC HANSON and HANSON IRWIN GROUP LLC