UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Empower Clinic Services, L.L.C.,<br>　　Plaintiff,<br><br>v.<br><br>Bio Filling Solutions Inc. f/k/a Bio42<br>Clinical Filling Solutions, Inc., Hanson<br>Irwin Group LLC, David Teer, Lisa<br>Hudanich, Matthew Ludowig, Marc<br>Hanson, Jerry Irwin, and Michael Lambert<br><br>　　Defendants. | Case No. 4:23-cv-4123<br><br>**Jury Trial Demanded** |

## JOINT MOTION FOR PARTIAL DISMISSAL OF CLAIMS AGAINST DEFENDANT JERRY IRWIN

Plaintiff Empower Clinic Services, L.L.C., doing business as Empower Pharmacy, ("Plaintiff") and Defendant Jerry Irwin ("Irwin") hereby respectfully submit this Joint Motion for Partial Dismissal of Claims Against Defendant Jerry Irwin (the "Motion"), and request that all of Plaintiff's claims against Irwin, and him alone, be dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Irwin jointly request this Court dismiss all claims pending against Irwin in the above-captioned case with prejudice, with each party bearing its own respective attorney's fees, costs, and expenses.[1]

---

[1] The relief sought in this Motion is not intended to affect Plaintiff's claims against any other Defendant. Plaintiff is not dismissing any of its claims against any remaining Defendants.

1

Respectfully submitted,

**ELLIS GEORGE LLP**                    **HANSZEN LAPORTE**


_____ */s/ Christopher W. Arledge* _____        */s/ Anthony L. Laporte* _____

Christopher W. Arledge, *Pro Hac Vice*          Anthony L. Laporte
  (Lead Counsel)                      Texas Bar No. 00787876
California State Bar No. 200767                  alaporte@hanszenlaporte.com
Mona Sedky, *Pro Hac Vice*                       Alexandra E. Pierce
California State Bar No. 170147                  Texas Bar No. 24131912
Courtney L. Mitchell, *Pro Hac Vice*             apierce@hanszenlaporte.com
California State Bar No. 229598                  14201 Memorial Drive
2121 Avenue of the Stars, 30th Floor             Houston, Texas 77079
Los Angeles, California 90067
Telephone: (310) 274-7100                        **ATTORNEYS FOR DEFENDANT JERRY**
Facsimile: (310) 275-5697                        **IRWIN**
Email: carledge@ellisgeorge.com
Email: msedky@ellisgeorge.com
Email: cmitchell@ellisgeorge.com


**ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

    I hereby certify that service of a true and correct copy of the above and foregoing document will be automatically accomplished through notice of electronic filing and in accordance with the Federal Rules of Civil Procedure on __May 4th_____, 2026, to the following:

Aaron A. Wagner                          Nicholas S. S. Rogers
Texas Bar No. 24037655                   nrogers@qgtlaw.com
811 SW 6th Avenue, Suite 1000            QUATTLEBAUM, GROOMS & TULL, PLLC
Portland, Oregon 97204                   111 Center Street, Suite 1900
(404) 400-7300                           Little Rock, AR 72201
awagner@kcozlaw.com


    */s/ Christopher W. Arledge* _____
      CHRISTOPHER W. ARLEDGE

2